UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION
———

KYLE B. RICHARDS,

       Petitioner,                      Case No. 2:19-cv-34

v.                                         Honorable Paul L. Maloney

DANIEL LESATZ,

       Respondent.
_____/

## **ORDER**

In accordance with the opinion entered this day:

**IT IS ORDERED** that a certificate of appealability is **DENIED**.

Dated: March 22, 2019                /s/ Paul L. Maloney
                                                             Paul L. Maloney
                                                             United States District Judge