UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

_____

KYLE B. RICHARDS,

       Petitioner,

v.

DANIEL LESATZ,

       Respondent.

Case No. 2:19-cv-34

Honorable Paul L. Maloney

_____/

## **JUDGMENT**

In accordance with the opinion entered this day:

**IT IS ORDERED** that the petition for writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE** under Rule 4 of the Rules Governing § 2254 Cases for lack of exhaustion of available state-court remedies.

Dated: March 22, 2019

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge